## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAWARI DAN-HARRY, et. al. | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| vs. | ) | CA No: 17-cv-00136-WES |
| | ) | |
| PNC BANK, NA | ) | |
| *Defendant* | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
## COUNT I AND IV OF PLAINTIFF'S COMPLAINT

Now comes the Plaintiff and files this Notice of Voluntary Dismissal of Count I - Declaratory Judgment and Count IV – Consumer Protection alleged within Plaintiff's Complaint. Plaintiff respectfully requests this honorable court dismiss Count I and Count IV of Plaintiff's Complaint.

Dated: September 29, 2017

Respectfully Submitted,
Plaintiff, by his Attorney,

/s/ Todd S. Dion
Todd S. Dion Esq. (#6852)
371 Broadway
Providence, RI 02909
401-965-4131 Phone
401-353-1231 Fax
toddsdion@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29th, 2017, a copy of the foregoing document shall be served electronically to the registered participants and paper copies shall be served by first class mail postage prepaid on the parties not receiving electronic notice.

*/s/ Todd S. Dion*