# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAWARI DAN-HARRY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PNC BANK, NATIONAL ASSOCIATION,<br><br>Defendant. | Civil Action No. 1:17-cv-136 |

## DECLARATION OF ARTHUR F. RADKE IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT OF PNC BANK

Arthur F. Radke, declares under the penalties of perjury as follows:

1. I am one of the attorneys of record for PNC Bank, N.A. ("PNC") in this action, and I am authorized to sign this declaration on behalf of PNC.

2. The statements in this declaration are true based on my personal knowledge and upon my review of the pleadings in this action.

3. If called upon to testify to these matters at trial or other hearing before this court in this lawsuit, I could competently testify to the matters set forth below.

4. Attached as Exhibit 1 to this declaration is a true and correct copy of the mortgage referred to in Paragraph 31 of Plaintiff's Complaint

5. Attached as Exhibit 2 to this declaration is a true and correct copy of Plaintiff's Response to Defendant's First Request for Admissions served by Plaintiff in this action.

6. Attached as Exhibit 3 to this declaration is a true and correct copy of the First Request for Admissions of PNC Bank, National Association, Directed to Plaintiff, Dawari Dan-Harry and served upon Plaintiff in this action.

7.      Attached as Exhibit 4 to this declaration is a letter from Dawari Dan-Harry to PNC which was admitted to by Plaintiff in Plaintiff's Response to Defendant's First Request for Admissions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2018.

*[signature]*

Arthur F. Radke

320558019.1