# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DAWARI DAN-HARRY,
    Plaintiff,

    v.                                                  C.A. No. 17-136 WES

PNC BANK, NATIONAL
ASSOCIATION,
    Defendant.

## JUDGMENT

[   ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the Memorandum and Order entered by this Court on March 18th, 2019 judgment hereby enters for the Defendant PNC Bank, National Association and against the Plaintiff Dawari Dan-Harry.

                                                           Enter:

                                                           /s/ Ryan H. Jackson

                                                           Deputy Clerk

Dated: March 19th, 2019